UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS C. SCHUSTER, | ) | 1:10-cv—01983-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DEEMING PETITIONER'S |
| | ) | OBJECTION TO BE AN OPPOSITION TO |
| | ) | RESPONDENT'S MOTION TO DISMISS |
| v. | ) | (DOC. 11) |
| | ) | |
| KEN CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 7, 2011, Petitioner filed a document styled as an "OBJECTION" to Respondent's previously filed motion to dismiss. (Doc. 11.)

To maintain an accurate docket and eliminate uncertainty as to the deadline for filing a reply, the Court DEEMS Petitioner's objection to be Petitioner's opposition to the motion to dismiss.

IT IS SO ORDERED.

**Dated:     February 8, 2011**             /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

1